# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. __2967__ & TITLE - IN RE: __Clearview AI, Inc. Consumer Privacy Litigation__

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

See attached schedule.
_____

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for __Clearview AI, Inc.__, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation(s) are listed below:

☐ The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

**OR**

☑ This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

/s/ Floyd Abrams                                  Cahill Gordon & Reindel LLP
_____              _____
   Signature of Attorney                                 Name of Firm

32 Old Slip                                       New York, NY 10005
_____              _____
         Address                                       City/State/Zip Code

Date: 08/31/2020

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re CLEARVIEW AI, INC. CONSUMER PRIVACY LITIGATION

MDL Docket No. 2967

## SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:** David Mutnick, for himself and all others similarly situated<br><br>**Defendants:** Clearview AI, Inc.; Hoan Ton-That; Richard Schwartz | N.D. Illinois | 1:20-cv-00512 | Sharon Johnson Coleman |
| **Plaintiffs:** Anthony Hall, on behalf of himself and all others similarly situated<br><br>**Defendants:** Clearview AI, Inc. | N.D. Illinois | 1:20-cv-00846 | Sharon Johnson Coleman |
| **Plaintiffs:** Chris Marron, an individual, and Maryann Daker, an individual, Individually and on Behalf of all Others Similarly Situated<br><br>**Defendants:** Clearview AI, Inc., a Delaware Corporation; Hoan Ton-That, an Individual; Richard Schwartz, and Individual | N.D. Illinois | 1:20-cv-02989 | Sharon Johnson Coleman |
| **Plaintiffs:** Melissa Thornley, Deborah Benjamin-Koller, and Josue Herrera, individually and on behalf of all others similarly situated<br><br>**Defendants:** Clearview AI, Inc. | N.D. Illinois | 1:20-cv-03843 | Sharon Johnson Coleman |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:** Maria Calderon and Jennifer Rocio, individually and on behalf of all others similarly situated<br><br>**Defendants:** Clearview AI, Inc.; Wynndalco Enterprises, LLC; David Andalcio; Jose Flores; Hoan Ton-That; Richard Schwartz | S.D. New York | 1:20-cv-01296-CM | Colleen McMahon |
| **Plaintiffs:** Maria Broccolino, on behalf of herself and all others similarly situated<br><br>**Defendants:** Clearview AI, Inc. | S.D. New York | 1:20-cv-02222-CM | Colleen McMahon |
| **Plaintiffs:** John McPherson, Individually and on Behalf of all Others Similarly Situated<br><br>**Defendants:** Clearview AI, Inc., a Delaware Corporation; Hoan Ton-That, an Individual; Richard Schwartz, and Individual; and Does 1 through 1, inclusive | S.D. New York | 1:20-cv-03053-CM | Colleen McMahon |
| **Plaintiffs:** Sean Burke and James Pomerene, Individually and on Behalf of all Others Similarly Situated<br><br>**Defendants:** Clearview AI, Inc., a Delaware Corporation; Hoan Ton-That, an Individual; Richard Schwartz, and Individual; and Does 1 through 1, inclusive | S.D. New York | 1:20-cv-03104-CM | Colleen McMahon |
| **Plaintiffs:** Dean John, Ryan Balfanz, Benjamin Jais, Rosemary Arias, and Aimee Albrecht, on behalf of all others similarly situated<br><br>**Defendants:** Clearview AI, Inc. | S.D. New York | 1:20-cv-03481-CM | Colleen McMahon |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:** Shelby Zelonis Roberson, individually and on behalf of all others similarly situated<br><br>**Defendants:** Clearview AI, Inc. | S.D. New York | 1:20-cv-03705-CM | Colleen McMahon |